IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
Leroy S. Haigler, Jr.
Cheryl A. Barnes-Haigler

DEBTOR : BKY. NO. 15-18977AMC

ORDER APPROVING COUNSEL FEE

AND NOW, this _____ day of Sept _____ 2016, in consideration of the foregoing Application for APPROVAL of Counsel Fee it is

ORDERED and DECREED that a counsel fee in the amount of $3,500.00 is approved and the balance due counsel in the amount of $2,500.00 shall be disbursed for debtor by the Standing Chapter 13 Trustee.

BY THE COURT:

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE

cc: Michael A. Cataldo, Esq.
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Leroy & Cheryl Haigler
7917 Pompey Place
Philadelphia, PA 19153

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119