United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                 Case No. 15-18977-amc
Leroy S. Haigler, Jr.                                                  Chapter 13
Cheryl A. Barnes-Haigler
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: John              Page 1 of 1         Date Rcvd: Sep 07, 2016
                             Form ID: pdf900         Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2016.
db/jdb         +Leroy S. Haigler, Jr.,   Cheryl A. Barnes-Haigler,   7917 Pompey Place,
                 Philadelphia, PA 19153-1730
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 08 2016 01:33:14      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
                                                                                             TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2016                           Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2016 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Nationstar Mortgage LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              JENIECE D. DAVIS    on behalf of Creditor    Provident Funding Associates, L.P. Jeniece@MVRLAW.COM,
               bonnie@mvrlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Cheryl A. Barnes-Haigler ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Debtor Leroy S. Haigler, Jr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Leroy S. Haigler, Jr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Cheryl A. Barnes-Haigler ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               james.feighan@phila.gov
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: : CHAPTER 13
Leroy S. Haigler, Jr.
Cheryl A. Barnes-Haigler

DEBTOR : BKY. NO. 15-18977AMC

ORDER APPROVING COUNSEL FEE

AND NOW, this _____ day of _____ 2016, in consideration of the foregoing Application for APPROVAL of Counsel Fee it is

ORDERED and DECREED that a counsel fee in the amount of $3,500.00 is approved and the balance due counsel in the amount of $2,500.00 shall be disbursed for debtor by the Standing Chapter 13 Trustee.

BY THE COURT:

_____
Ashely M. Chan
U.S. BANKRUPTCY JUDGE

cc: Michael A. Cataldo, Esq.
Cibik & Cataldo, P.C.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

Leroy & Cheryl Haigler
7917 Pompey Place
Philadelphia, PA 19153

William C. Miller, Esquire
Chapter 13 Trustee
P.O. Box 40119
Philadelphia, PA 19106-0119