# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE Eastern DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Cheryl A. Barnes-Haigler<br>Leroy S. Haigler Jr.<br>　　　　　Debtors | CHAPTER 13 |
| Nationstar Mortgage LLC<br>　　　　　Movant<br>　　vs. | NO. 15-18977 AMC |
| Cheryl A. Barnes-Haigler<br>Leroy S. Haigler Jr.<br>　　　　　Debtors | 11 U.S.C. Sections 362 and 1301 |
| William C. Miller Esq.<br>　　　　　Trustee | |

## ORDER

AND NOW, this 21st day of February, 2017 at Philadelphia, upon consideration of Movant's Motion to Approve Loan Modification, it is ORDERED AND DECREED that:

The Motion is granted and the Loan Modification Agreement executed on June 3, 2016 does not violate the automatic stay, section 362(a), nor the provisions of 11 USC § 549.

_____
Ashely M. Chan
United States Bankruptcy Judge

cc: See attached service list

Cheryl A. Barnes-Haigler
7917 Pompey Place
Philadelphia, PA 19153

Leroy S. Haigler Jr.
7917 Pompey Place
Philadelphia, PA 19153

Michael A. Cibik Esq.
1500 Walnut Street, Suite 900
Philadelphia, PA 19102

William C. Miller Esq.
1234 Market Street
Suite 1813
Philadelphia, PA 19107

KML Law Group, P.C.
Suite 5000 – BNY Mellon Independence Center
701 Market Street
Philadelphia, PA 19106-1532