Certificate Number: 16339-PAE-DE-031638344

Bankruptcy Case Number: 15-18977



16339-PAE-DE-031638344

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 19, 2018, at 3:30 o'clock AM EDT, Leroy Haigler completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: September 19, 2018

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor

Certificate Number: 16339-PAE-DE-031638345

Bankruptcy Case Number: 15-18977



16339-PAE-DE-031638345

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 19, 2018, at 3:30 o'clock AM EDT, Cheryl Haigler completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  September 19, 2018            By:     /s/Kelley Tipton

                                     Name:   Kelley Tipton

                                     Title:  Certified Financial Counselor