United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 15-18977-amc
Leroy S. Haigler, Jr.                                                     Chapter 13
Cheryl A. Barnes-Haigler
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John                Page 1 of 2           Date Rcvd: Sep 18, 2018
                              Form ID: 138NEW           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 20, 2018.
db/jdb         +Leroy S. Haigler, Jr.,    Cheryl A. Barnes-Haigler,   7917 Pompey Place,
                 Philadelphia, PA 19153-1730
13651708       +CFI Resorts Management,    2801 Old Winter Garden Road,   Ocoee, FL 34761-2965
13651709       +Chase Card Services,    Attn: Correspondence Dept,   PO Box 15298,   Wilmingotn, DE 19850-5298
13731554        Department Store National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA 98083-0657
13651714       +Dsnb Macys,   Macys Bankruptcy Department,   PO Box 8053,   Mason, OH 45040-8053
13651715       +Equifax,   P.O. Box 740241,   Atlanta, GA 30374-0241
13651716       +Experian,   Profile Maintenance,   P.O. Box 9558,   Allen, Texas 75013-9558
13727645      ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,   DALLAS TX 75261-9096
               (address filed with court: Nationstar Mortgage LLC,   P.O. Box 619096,   Dallas TX 75261-9741)
13651718       +Nationstar Mortgage LLC,   8950 Cypress Waters Blvd,   Coppell, TX 75019-4620
13840305       +Nationstar Mortgage LLC,   c/o THOMAS I. PULEO,   KML Law Group, P.C.,
                 701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
13651720        PA Dept. of Revenue,    Bankruptcy Division,   Bureau of Compliance,   P.O. Box 280946,
                 Harrisburg, PA 17120-0946
13651722       +PGW,   Legal Dept. 4th Floor,   800 W. Montgomery Avenue,   Philadelphia, PA 19122-2806
13651726       +Shapiro and DeNardo,   2520 Renaissance Blvd,   Suite 150,   King of Prussia, PA 19406-2676
13651727       +Trans Union Corporation,   Public Records Department,   555 West Adams Street,
                 Chicago, IL 60661-3631
13696699       +Westgate Myrtle Beach Owners Association, Inc.,   2801 Old Winter Garden Road,
                 Ocoee, FL 34761-2965
13696700       +Westgate Myrtle Beach, LLC,   2801 Old Winter Garden Road,   Ocoee, FL 34761-2965

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Sep 19 2018 02:40:04     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 19 2018 02:39:15
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 19 2018 02:39:43     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr              E-mail/Text: megan.harper@phila.gov Sep 19 2018 02:40:04     City of Philadelphia,
                 Law Revenue Department,   c/o Pamela Elchert Thurmond,   1401 JFK Boulevard,
                 5th Floor, Municipal Services Bldg,   Philadelphia, PA 19102
cr              E-mail/PDF: gecsedi@recoverycorp.com Sep 19 2018 02:52:32     Synchrony Bank,
                 c/o Recovery Management Systems Corporat,   25 SE 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
13651712        E-mail/Text: megan.harper@phila.gov Sep 19 2018 02:40:04     City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,   1401 JFK Blvd, Room 580,   Philadelphia, PA 19102
13651713        E-mail/Text: megan.harper@phila.gov Sep 19 2018 02:40:04     City of Philadelphia,
                 Bankruptcy Unit,   15th Floor,   1515 Arch Street,   Philadelphai, PA 19102
13742359       +E-mail/Text: megan.harper@phila.gov Sep 19 2018 02:40:04
                 CITY OF PHILADELPHIA LAW DEPARTMENT - TAX UNIT,   BANKRUPTCY GROUP - MSB,
                 1401 JOHN F. KENNEDY BLVD, 5TH FLOOR,   PHILADELPHIA, PA 19102-1640
13651707       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 19 2018 02:51:29     Capital One,
                 Attn: Bankruptcy,   PO Box 30285,   Salt Lake City, UT 84130-0285
13651710       +E-mail/Text: ecf@ccpclaw.com Sep 19 2018 02:38:31     Cibik and Cataldo, P.C.,
                 1500 Walnut St., Suite 900,   Philadelphia, PA 19102-3518
13651717        E-mail/Text: cio.bncmail@irs.gov Sep 19 2018 02:38:41     I.R.S.,   P.O. Box 7346,
                 Philadelphia, PA 19101-7346
13651719       +E-mail/PDF: pa_dc_claims@navient.com Sep 19 2018 02:52:37     Navient,   Attn: Claims Dept,
                 PO Box 9500,   Wilkes-Barr, PA 18773-9500
13679219        E-mail/PDF: pa_dc_claims@navient.com Sep 19 2018 02:52:37     Navient Solutions, Inc.,
                 P.O. Box 9640,   Wilkes-Barre, PA 18773-9640
13651723        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 19 2018 02:52:36
                 Portfolio Recovery,   Attn: Bankruptcy,   PO Box 41067,   Norfolk, VA 23541
13651721        E-mail/Text: bankruptcygroup@peco-energy.com Sep 19 2018 02:38:43     Peco Energy,
                 2301 Market Street # N 3-1,   Legal Department,   Philadelphia PA 19103-1338
13651724       +E-mail/Text: bknotifications@provident.com Sep 19 2018 02:40:23     Provident Funding,
                 PO Box 5914,   Santa Rosa, CA 95402-5914
13651725       +E-mail/Text: bknotifications@provident.com Sep 19 2018 02:40:23     Provident Funding Asso,
                 Po Box 5914,   Santa Rosa, CA 95402-5914
13733011       +E-mail/Text: bknotifications@provident.com Sep 19 2018 02:40:23
                 Provident Funding Associates, L.P.,   1235 N. Dutton Avenue, Suite E,
                 Santa Rosa CA 95401-4666
13652627        E-mail/PDF: rmscedi@recoverycorp.com Sep 19 2018 02:51:35
                 Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                              TOTAL: 19

```
District/off: 0313-2         User: John              Page 2 of 2              Date Rcvd: Sep 18, 2018
                             Form ID: 138NEW         Total Noticed: 35
```

```
             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13651711*     +Cibik and Cataldo, P.C.,   1500 Walnut Street,   Suite 900,   Philadelphia, PA 19102-3518
                                                                               TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 20, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 18, 2018 at the address(es) listed below:
```
              ANDREW F GORNALL    on behalf of Creditor    Nationstar Mortgage LLC agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              BRIAN CRAIG NICHOLAS    on behalf of Creditor    Nationstar Mortgage LLC bnicholas@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              HEATHER STACEY RILOFF    on behalf of Creditor    Provident Funding Associates, L.P.
               heather@mvrlaw.com,  Michelle@mvrlaw.com
              JENIECE D. DAVIS    on behalf of Creditor    Provident Funding Associates, L.P. Jeniece@MVRLAW.COM,
               bonnie@mvrlaw.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              MATTEO SAMUEL WEINER    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              MATTHEW CHRISTIAN WALDT    on behalf of Creditor    Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
               bkecf@milsteadlaw.com
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Cheryl A. Barnes-Haigler ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Debtor Leroy S. Haigler, Jr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Leroy S. Haigler, Jr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Cheryl A. Barnes-Haigler ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              PAMELA ELCHERT THURMOND    on behalf of Creditor    City of Philadelphia pamela.thurmond@phila.gov,
               karena.blaylock@phila.gov
              REBECCA ANN SOLARZ    on behalf of Creditor    Nationstar Mortgage LLC bkgroup@kmllawgroup.com
              THOMAS I. PULEO    on behalf of Creditor    Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 17
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Leroy S. Haigler, Jr. and Cheryl A. Barnes−Haigler

    Debtor(s)

Bankruptcy No: 15−18977−amc

Chapter: 13

___

## NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

    900 Market Street
    Suite 400
    Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 9/18/18

59 − 58
Form 138_new