United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Leroy S. Haigler, Jr.
Cheryl A. Barnes-Haigler
    Debtors

Case No. 15-18977-amc
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: John        Page 1 of 1        Date Rcvd: Oct 24, 2018
                              Form ID: 195      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 26, 2018.
db/jdb        +Leroy S. Haigler, Jr.,   Cheryl A. Barnes-Haigler,   7917 Pompey Place,
               Philadelphia, PA 19153-1730

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 26, 2018                                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 24, 2018 at the address(es) listed below:
        ANDREW F GORNALL   on behalf of Creditor   Nationstar Mortgage LLC agornall@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        BRIAN CRAIG NICHOLAS   on behalf of Creditor   Nationstar Mortgage LLC bnicholas@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        HEATHER STACEY RILOFF   on behalf of Creditor   Provident Funding Associates, L.P.
         heather@mvrlaw.com,   Michelle@mvrlaw.com
        JENIECE D. DAVIS   on behalf of Creditor   Provident Funding Associates, L.P. Jeniece@MVRLAW.COM,
         bonnie@mvrlaw.com
        JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        MATTEO SAMUEL WEINER   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
        MATTHEW CHRISTIAN WALDT   on behalf of Creditor   Nationstar Mortgage LLC mwaldt@milsteadlaw.com,
         bkecf@milsteadlaw.com
        MICHAEL A. CATALDO2   on behalf of Debtor Leroy S. Haigler, Jr. ecf@ccpclaw.com,
         igotnotices@ccpclaw.com
        MICHAEL A. CATALDO2   on behalf of Joint Debtor Cheryl A. Barnes-Haigler ecf@ccpclaw.com,
         igotnotices@ccpclaw.com
        MICHAEL A. CIBIK2   on behalf of Joint Debtor Cheryl A. Barnes-Haigler ecf@ccpclaw.com,
         igotnotices@ccpclaw.com
        MICHAEL A. CIBIK2   on behalf of Debtor Leroy S. Haigler, Jr. ecf@ccpclaw.com,
         igotnotices@ccpclaw.com
        PAMELA ELCHERT THURMOND   on behalf of Creditor   City of Philadelphia pamela.thurmond@phila.gov,
         karena.blaylock@phila.gov
        REBECCA ANN SOLARZ   on behalf of Creditor   Nationstar Mortgage LLC bkgroup@kmllawgroup.com
        THOMAS I. PULEO   on behalf of Creditor   Nationstar Mortgage LLC tpuleo@kmllawgroup.com,
         bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
                                                                                                      TOTAL: 17

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                                  : Chapter 13

Leroy S. Haigler, Jr. and Cheryl A. Barnes−Haigler        : Case No. 15−18977−amc

       Debtor(s)

***ORDER***
_____

    AND NOW, this day , October 24, 2018 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court